EDMONDSON, Circuit Judge,
dissenting:
While I agree with the bulk of today’s Court opinion, I cannot agree with the result. When a state sentencing court gives credit for time served — even for time served pursuant to an earlier probation violation — that credit, in my view, has no impact on the “sentence pronounced.” And it is the sentence pronounced — discerned from the face of the trial court judgment — that is controlling here. See U.S.S.G. § 4A1.2, comment (n. 2) (“That is, criminal history points are based on the sentence pronounced, not the length of time actually served”). Adding the two sentences pronounced, Glover’s term of imprisonment exceeds one year and one month under § 4A1.2(d): 90 days + 364 days = 454 days.
I would affirm.